IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ANTHONY HOEPF, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:05CV200 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| PEDRO OBREGON, MD : | |
| : | |
| Defendant(s) : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Black filed on November 2, 2005(Doc. 16), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 17, 2005, hereby ADOPTS said Report and Recommendations.

Accordingly, the Court ADOPTS the Report and Recommendations of the Magistrate Judge (Doc. 16) and Plaintiff's Motion for Default Judgement is DENIED (Doc. 11).

IT IS SO ORDERED.

    s/Susan J. Dlott    
Susan J. Dlott
United States District Judge