IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY M. HOEPF, | : | |
| | : | |
| Plaintiff(s) | : | |
| | : | Case Number: 1:05cv200 |
| vs. | : | |
| | : | District Judge Susan J. Dlott |
| PEDRO OBREGON, M.D. | : | |
| | : | |
| Defendant(s) | : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Black filed on January 3, 2006(Doc. 22), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 20, 2006, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Plaintiff's Motion for Default Judgment (Doc. 17) is DENIED.

IT IS SO ORDERED.

_____
Susan J. Dlott
United States District Judge